J. Erik Heath, Esq. (SBN 304683)
100 Bush Street, Suite 1800
San Francisco, CA 94104
Telephone Number: (415) 391-2391
Facsimile: (415) 449-6556
Email Address: erik@heathlegal.com

Attorney for Plaintiff
**LEWIS MORALES**

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEWIS MORALES,<br>    Plaintiff,<br><br>v.<br><br>ELECTRONIC DOCUMENT PROCESSING, INC., d/b/a EDP LEGAL SERVICES, INC.; and PRESCOTT WOODFORD,<br>    Defendants. | Civil Action No. 3:16-cv-3770<br><br>**NOTICE OF SETTLEMENT** |

   NOTICE IS HEREBY GIVEN that this case has been settled in its entirety.  The Parties anticipate filing a stipulated dismissal of this action in its entirety with prejudice within 60 days. Plaintiff requests that all pending dates and filing requirements be vacated and that the Court set a deadline on or after January 3, 2017 for filing a joint dismissal.

Dated: November 1, 2016        J. ERIK HEATH, ATTORNEY AT LAW

                                */s/ Jon Erik Heath*
                                J. ERIK HEATH
                                Attorney for Plaintiff **LEWIS MORALES**