UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEWIS MORALES,<br><br>    Plaintiff,<br><br>    v.<br><br>ELECTRONIC DOCUMENT PROCESSING, INC., et al.,<br><br>    Defendants. | Case No. 16-cv-03770-RS<br><br>**STANDBY ORDER OF DISMISSAL** |

The Court has been informed that the above-entitled action has settled. Accordingly, the Court vacates all pretrial and trial dates. The parties are required to file a stipulation of dismissal by **January 9, 2017**. If a stipulation of dismissal is not filed by that date, the parties are ordered to appear on **January 12, 2017, at 1:30 p.m. in Courtroom 3, 17th Floor of the San Francisco Courthouse** and show cause why the case should not be dismissed. Failure to comply with this Order may result in dismissal of the case.

**IT IS SO ORDERED.**

Dated: November 3, 2016

_____
Richard Seeborg
United States District Judge