1  J. Erik Heath, Esq. (SBN 304683)
2  100 Bush Street, Suite 1800
   San Francisco, CA 94104
3  Telephone Number: (415) 391-2391
   Facsimile: (415) 449-6556
4  Email Address: erik@heathlegal.com

5  Attorney for Plaintiff
6  **LEWIS MORALES**

7

8              **UNITED STATES DISTRICT COURT**
               **NORTHERN DISTRICT OF CALIFORNIA**
9

10 | LEWIS MORALES,                              | Civil Action No. 3:16-cv-3770
11 |       Plaintiff,                            |
   |                                             | ORDER
12 | v.                                          | **STIPULATION OF DISMISSAL WITH**
   |                                             | **PREJUDICE**
13 | ELECTRONIC DOCUMENT
14 | PROCESSING, INC., d/b/a EDP LEGAL
   | SERVICES, INC.; and PRESCOTT
15 | WOODFORD,
   |       Defendants.
16

17
        COME NOW Plaintiff Lewis Morales and Defendants ELECTRONIC DOCUMENT
18
   PROCESSING, INC., d/b/a EDP LEGAL SERVICES, INC.; and PRESCOTT WOODFORD, by
19
   and through the undersigned counsel of record, and file this Stipulation of Dismissal **With**
20
   **Prejudice** pursuant to Fed. R. Civ. P. 41(a)(1)(A)(2).
21

22

23 Dated: __11/23/2016__              J. ERIK HEATH, ATTORNEY AT LAW

24
                                     By: ___/s/ Jon Erik Heath_____
25                                        J. Erik Heath
                                          Attorney for Plaintiff
26                                        LEWIS MORALES

27

28

| | |
|---|---|
| Dated: 11/23/2016 | SOLTMAN, LEVITT, FLAHERTY & WATTLES LLP |
| | By: /s/ Steven S. Nimoy |
| | Steven S. Nimoy |
| | Attorney for Defendants |
| | ELECTRONIC DOCUMENT PROCESSING, INC., and |
| | PRESCOTT WOODFORD |

*IT IS SO ORDERED*
Judge Richard Seeborg
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Date: 11/28/16

Pursuant to L.R. 5-1(i)(3) regarding signatures, I, J. Erik Heath, attest that concurrence in the filing of this document has been obtained from each of the other signatories. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 23rd day of November, 2016, at San Francisco.

By: /s/ Jon Erik Heath
J. Erik Heath